IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEROME PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 1:09-cv-1051-TWP-TAB |
| OFFICER MATTHEW THOMAS, OFFICER ) | |
| CHRISTOPHER WHITE, and ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING DEFENDANTS' MOTION
## TO DEEM REQUESTS FOR ADMISSION ADMITTED

Before the Court is Defendants' motion to deem requests for admission admitted. [Docket No. 34.] Defendants claim that Plaintiff failed to respond to their requests for admission until June 23, 2010, well after the June 1, 2010, deadline and that Plaintiff's responses are incomplete because they fail to mention their alternative interrogatory.[1] [Docket No. 37.] Plaintiff responds that he submitted his answers to Defendants' counsel on May 27, 2010, and attaches his responses certifying this date. [Docket No. 35, Ex. A.]

Plaintiff has adequately proven his compliance with the June 1, 2010, deadline. Defendants have not suggested that Plaintiff is perpetuating a fraud, so the most that can be deduced from the record is that Plaintiff's discovery responses were delayed in the mail system. These facts do not provide sufficient grounds for deeming Defendants' requests admitted.

---

[1] Defendants also allege that Plaintiff has not yet responded to their interrogatories and requests for production. [Docket No. 37.]

Therefore, the Court denies Defendants' motion to deem requests for admission admitted. [Docket No. 34.] However, as Plaintiff's responses fail to address Defendants' alternative interrogatory, they are incomplete. Plaintiff shall supplement his answers within 14 days from the date of this order. Furthermore, Plaintiff shall respond to the remaining discovery requests within 14 days of the date of this order.

Dated: 07/20/2010

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

David L. Byers
HOLWAGER BYERS & CAUGHEY
dbyers@hbclegal.com

Shannon Lee Logsdon
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
slogsdon@indygov.org